IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13** |
| Valerie V Seats ) | |
| ) | **19-32465** |
| **Debtor(s)** ) | **Judge Carol A. Doyle** |

## NOTICE OF MOTION

To: **Thomas H. Hooper** VIA
ECF & See Attached Service List

**PLEASE TAKE NOTICE THAT** on 11/8/22 at 9:30 a.m., I shall appear before the Honorable **Carol A. Doyle** or any judge sitting in that judge's place, Courtroom 742 at 219 South Dearborn Street, Chicago, Illinois or electronically as described below, and present **Debtor's Motion to Modify Ch 13 Plan,** a copy of which is attached.

All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.

You may appear electronically by video or by telephone. To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.

Then enter the meeting ID and passcode. Meeting ID and passcode. The meeting ID for this hearing is 161 155 8289, and the passcode is Doyle742. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Craig Bizar

## CERTIFICATE OF SERVICE

I, Craig Bizar, do hereby certify that I served a copy of this Notice upon the parties listed above, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 123 W. Madison St., Chicago, Illinois, before the hour of 6:00 p.m., on the 18th day of October 2022.

/s/ Craig Bizar

Craig Bizar #60258014
Bizar & Doyle, LLC
123 W. Madison St., #205
Chicago, IL 60602
312-427-3100

**Attached Service List:**

Valerie V Seats
1549 W 122nd Place
Chicago, IL 60643

    Amex/dsnb
    Po Box 8218
    Mason, OH 45040

    Associate Area Counsel, SB/SE
    200 West Adams Street
    Suite 2300
    Chicago, IL 60606

    Cap1/mnrds
    Po Box 30253
    Salt Lake City, UT 84130

    Capital One
    Po Box 30253
    Salt Lake City, UT 84130

    Capital One Bank
    PO Box 8294
    Carol Stream, IL 60197

    Capital One Bank Usa N
    Po Box 30281
    Salt Lake City, UT 84130

    Comenitybank/caesars
    Po Box 182789
    Columbus, OH 43218

    Credit One Bank Na
    Po Box 98872
    Las Vegas, NV 89193

    Dennis Seats
    1549 W 122nd Place
    Chicago, IL 60643

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45263

Gs Bank Usa
Po Box 45400
Salt Lake City, UT 84145

Huntington National Ba
Po Box 1558
Columbus, OH 43216

IL Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
230 S Dearborn, Room 2600
M/S 5014CHI
Chicago, IL 60604

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Loancare Servicing Ctr
3637 Sentara Way
Virginia Beach, VA 23452

Macy's
PO Box 183083
Columbus, OH 43218

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896

Syncb/ppc
Po Box 965005
Orlando, FL 32896

Syncb/sams Club
Po Box 965005
Orlando, FL 32896

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| Valerie V Seats ) | |
| ) | 19-32465 |
| **Debtor(s)** ) | Judge Carol A. Doyle |

### Debtor's Motion to Modify Ch 13 Plan

Now comes Valerie V Seats hereinafter referred to as the "DEBTOR", by and through her attorneys, Craig Bizar, and for her **Motion to Modify Ch 13 Plan** states as follows:

1. On 11/14/2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code and the Chapter 13 plan was confirmed on 1/07/2020 and is a **100% plan.**

2. On 9/20/2022, the trustee filed a motion to dismiss for failure to make plan payments.

3. Debtor fell behind as she missed work and was out for surgery and had to take care of her mother who became ill.

4. Debtor seeks to modify her plan to pay back the arrears by increasing plan payments from $1,577 a month to $1,845 a month for the remainder of the plan.

5. Debtor can afford the plan payment by a small reduction in clothing expenses. (See amended schedule attached)

WHEREFORE, DEBTOR prays that this Honorable Court enters an order:

A. The default accruing through October 2022 is hereby deferred. The remaining payments under the plan shall be $1845.00 for 25 months, beginning November 2022;

B. All other plan terms shall remain unchanged;

  C. The trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

                Respectfully submitted,

                Valerie V Seats,

                By, her attorney Craig Bizar /s/

Craig Bizar#6258014  
Bizar & Doyle, LLC  
123 W. Madison St., #205  
Chicago, IL 60602  
(312) 427-3100